UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 10-cr-144-01-JL

<u>Earrie Fenderson</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted, continuance is limited to 60 days.  Final Pretrial is rescheduled to January 20, 2011 at 4:00 PM; Trial is continued to the two-week period beginning February 1, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                /s/ Joe Laplante
                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date:  November 16, 2010

cc:  R. Brian Snow, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation