```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                Criminal No. 10-cr-144-01-JL

Earrie Fenderson


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 46 ) filed by defendant is granted in part. Continuance limited to 60 days. No further continuances without a hearing. Final Pretrial is rescheduled to March 24, 2011 at 11:30; Trial is continued to the two-week period beginning April 5, 2011, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          /s/ Joe Laplante
                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date: January 14, 2011


cc: R. Brian Snow, Esq.
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation