UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-144-01-JL

<u>Earrie Fenderson</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10 ) filed by defendant is granted; Final Pretrial is rescheduled to 6/23/11 at 3:00p.m.; Trial is continued to the two-week period beginning 7/6/11 at 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: March 21, 2011


cc: R. Brian Snow, Esq.
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation